UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN EDWARD MAZZA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>V. CULLEN, Associate Warden, *et al.*,<br><br>　　　　Defendants.<br>_____/ | No. C-11-4632 EMC (pr)<br><br>**ORDER REVOKING PAUPER STATUS** |

　　　The Ninth Circuit has requested this Court to determine whether *in forma pauperis* status should continue for Plaintiff on appeal in this action or whether the appeal is frivolous or not taken in good faith. *See* 28 U.S.C. § 1915(a)(3). The Court now certifies that the appeal is not taken in good faith and revokes *in forma pauperis* status for Plaintiff on appeal in this action.

　　　IT IS SO ORDERED.


Dated: March 19, 2014

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge